IN THE MATTER OF THE TRANSFER INHERITANCE TAX ASSESSMENT IN THE ESTATE OF ANNA LEVIN, DECEASED.

MILTON ALPER v. SIDNEY GLASER.

February 13, 1973. Petition for certification denied.

LORRAINE BALAKER v. PHILIP A. MC WILLIAMS.

February 13, 1973. Petition for certification denied.

GUNTHER RUTHE v. W. F. COMPANY a/k/a WATERBURY FARRELL FOUNDRY AND MACHINE CO., INC.

February 13, 1973. Petitions for certification denied.

STATE OF NEW JERSEY v. BILLY F. DAVIS.

February 13, 1973. Petition for certification denied.

DOROTHY ANSLINGER v. MARTINSVILLE INN., INC.

February 13, 1973. Petition for certification denied. (See 121 *N. J. Super.* 525).